Order issued October 29, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-10-01132-CV

CLAY M. HOLLOWAY, Appellant

V.

GIDEON DEKKERS AND TWIN LAKES GOLF COURSE, INC., Appellees

## ORDER

Before Justices Lang, Murphy, and Myers

The Motion for Rehearing filed by appellant is hereby **OVERRULED**.

MARY MURPHY
JUSTICE